

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

MEC:mec
F. #22016R00405

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

February 14, 2018

<u>By ECF</u>

The Honorable I. Leo Glasser
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

>  Re: Second Status Report:
> United States v. Faith Esimai and Lydia Hills
> <u>Criminal Docket No.: 16 Cr. 0204(ILG)</u>

Dear Judge Glasser:

      Pursuant to the Court's November 17, 2017 Memorandum and Order (the "Competency Order"), the government respectfully submits this second status report relating to Faith Esimai, whom the Court determined was not competent to stand trial.

      The government retained a physician, Dr. Stuart Kleinman, to provide a second opinion as to the defendant's condition. Dr. Kleinman recently examined the defendant and may require a second interview with her. Dr. Kleinman is also arranging interviews with the defendant's daughters and possibly others who have interacted with the defendant as well. Following the government's request for more current medical records, the defendant's attorney, Peter Brill, informed the government that he was working on obtaining the defendant's medical records from 2016 to the present. Dr. Kleinman has requested these records to assist him in his evaluation.

Therefore, the government respectfully requests that the matter be adjourned for sixty (60) days at which time the government will file another status report.

                                              Respectfully submitted,

                                              RICHARD P. DONOGHUE
                                              United States Attorney

                              By:       /s/ Martin E. Coffey
                                              Martin E. Coffey
                                              Assistant U.S. Attorney
                                              (718) 254-6157

cc:    Peter Brill, Esq.
        Attorney for Esimai

        Anthony Colleluori, Esq.
        Bruce Connolly, Esq.
        Attorneys for Hills

        Michelle Powell
        U.S. Probation